**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CARLOS ZAMORA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:25-CR-00099 JLT-SKO |
| Plaintiff, | ) |
| | ) **DEFENDANTS REQUEST AND WAIVER** |
| vs. | ) **OF APPEARANCE** |
| CARLOS ZAMORA, | ) |
| Defendant, | ) |

Defendant, CARLOS ZAMORA, hereby waives his appearance in person in open court upon the status conference set for May 20, 2026 of the above-entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: May 19, 2026                          */s/ Carlos Zamora*
                                              CARLOS ZAMORA

Date: May 19, 2026                          */s/David A. Torres*
                                              DAVID A. TORRES,
                                              Attorney for Defendant

Defendants Request and Waiver of Appearance - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant CARLOS ZAMORA is hereby excused from appearing at this court hearing scheduled for May 20, 2026.

IT IS SO ORDERED.

Dated:    **May 19, 2026**

_____
UNITED STATES MAGISTRATE JUDGE