**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
CARLOS ZAMORA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:25-CR-00099 JLT-SAB |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| CARLOS ZAMORA, | |
| Defendants. | |

TO: THE HONORABLE STANLEY A. BOONE, THE CLERK OF THE UNITED STATES DISTRICT COURT, AND CODY S. CHAPPLE ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CARLOS ZAMORA, by and through his attorney of record, DAVID A. TORRES, hereby moves that the court modify the no change in residences condition and travel outside the Southern District of Florida.

On October 27, 2025, Mr. Zamora was released on pretrial supervision in the Southern District of Florida. Since his release Mr. Zamora has fully complied with all ordered conditions of release, including the restrictions regarding his approved place of residence.  Mr. Zamora has been unable to obtain employment in Port Saint Lucie, Florida, where he currently resides. Mr. Zamora has, however, received two employment opportunities located in South Florida; a)

1

Carmas Aviation, located in Medley, Florida for employment as an Aviation Maintenance Technician; and b) Hot Shot Trucking, located in Miami, Florida, for employment as a Dispatcher.

Mr. Zamora seeks the Court's consideration of these employment opportunities so that he may obtain employment and continue to support himself while remaining compliant with all conditions imposed by the court.  It is my understanding that PTS Officer Christina Williams has no objection to modify conditions 2 and 3, and Mr. Zamora be allowed to move to Maimi, Florida to seek employment.

It is stipulated between all counsel and Pretrial Service Officer Christina Williams, that Carlos Zamora be relieved of the pretrial release condition 2 and 3, restricting any change in residences (See, Ex. 1, 2:25-mj-00098-AEV, Doc. 14). All prior orders are to remain in full force and effect.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 10, 2026                          */s/ David A Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              Carlos Zamora


DATED: June 10, 2026                          */s/ Cody S. Chapple*
                                              CODY S. CHAPPLE
                                              Assistant U.S. Attorney

2

# <u>ORDER</u>

**IT IS SO ORDERED** that Carlos Zamora's Pretrial Supervision be amended and his 2 and 3 conditions, restricting any change in residences, be removed. Mr. Zamora must abide by all other conditions of his release.

IT IS SO ORDERED.

Dated:  **June 11, 2026**          /s/ _Erica P. Grosjean_
                                   UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A